**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY L. HARPOOL, | ) | No. CV 12-5228-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R. J. RACKLEY, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 26, 2012

_____
OTIS D. WRIGHT, II
United States District Judge